UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **20-MJ-2894-TORRES**

**UNITED STATES OF AMERICA**

vs.

**JOIMAR VANEGAS-GOMEZ,
JOCKSA JOSE VINDEL-PORRAS,
and ALLAN MOISES VEGA-VARGAS,**

    **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ____Yes  _x_  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes  _x_  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOIMAR VANEGAS-GOMEZ,<br>JOCKSA JOSE VINDEL-PORRAS,<br>and ALLAN MOISES VEGA-VARGAS.<br><br>*Defendant(s)* | Case No.<br><br>**20-MJ-2894-TORRES** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __May 24, 2020__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

ID #26598

*Complainant's signature*

FBI Special Agent Steve Cathermar
*Printed name and title*

Attested to in accordance with the requirements telephone/ of Federal Rule of Criminal Procedure 4.1 by FaceTime.

Date: June 8, 2020

*Judge's signature*

City and state: Miami, Florida

Hon. Edwin G. Torres, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Steven Catherman, being duly sworn, hereby depose and state the following:

1.  I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in Miami, Florida and have worked in this capacity since May, 2016. Prior to becoming an FBI Agent, I worked as a police Officer with the Tullytown Borough Police Department and the Abington Township Police Department from 2006-2016. I have worked in law enforcement for a total of 14 years. My official FBI duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics.  As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2.  This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against JOIMAR VANEGAS-GOMEZ, JOCKSA JOSE VINDEL-PORRAS, and ALLAN MOISES VEGA-VARGAS for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3.  On or about May 24, 2020, while on routine patrol, a United States Marine Patrol

Aircraft (MPA) detected a Go-Fast Vessel (GFV) approximately 149 nautical miles south of Costa Rica/Panama border in international waters. United States Coast Guard Cutter (USCGC) James (JAM) received authorization to board the GFV based on the fact the GFV was reasonably suspected of being without nationality, displayed no indicia of nationality, and had a large amount of fuel and packages on deck.

4. A helicopter was deployed and the crew onboard the GFV was observed jettisoning packages. USCG James personnel requested authorization to board the GFV and a full boarding was authorized. The boarding team observed packages onboard the GFV in plain view and was able to recover several jettisoned packages close by. USCG boarding team found three individuals on the GFV, who were identified as JOIMAR VANEGAS-GOMEZ, JOCKSA JOSE VINDEL-PORRAS, and ALLAN MOISES VEGA-VARGAS. A check of the GFV yielded no physical flag flown, no registration documents, no registration number painted on the hull, no homeport painted on the hull, no name on the hull, no other markings painted on the hull, no claimed master, and no claim of nationality for the vessel. Based on the investigation to that point, the USCG was authorized to treat the GFV as a vessel without nationality.

5. The GFV boarding team recovered 4 bales of contraband on board the GFV, an additional 21 bales in the water that had been jettisoned, and an additional 17 individually wrapped kilograms in the water that had been jettisoned. A sample portion of those items tested positive for cocaine, and the bales/kilos as a whole weighed approximately 907 kilograms.

6. The U.S. Coast Guard subsequently detained all three individuals who were on board the GFV. One is a Colombian National, and two are Costa Rican nationals. All three Defendants arrived in the Southern District of Florida on June 7, 2020. They are currently in law

enforcement custody.

7. Based on the foregoing facts, I submit that probable cause exists to believe that JOIMAR VANEGAS-GOMEZ, JOCKSA JOSE VINDEL-PORRAS, and ALLAN MOISES VEGA-VARGAS, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute five kilograms or more of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____   ID #26598
Steven Catherman
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by ~~FaceTime~~ telephone /et
This 8th day of June, 2020.

_____
Hon. Edwin G. Torres
U.S. Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JOIMAR VANEGAS-GOMEZ

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Frederic C. Shadley

Last Known Address: Colombia, SA

What Facility:

Agent(s):   S/A Steve Catherman
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
FBI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JOCKSA JOSE VINDEL-PORRAS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Frederic C. Shadley

Last Known Address: Colombia, SA

What Facility:

Agent(s): S/A Steve Catherman
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
FBI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

**BOND RECOMMENDATION**

DEFENDANT: ALLAN MOISES VEGA-VARGAS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Frederic C. Shadley

Last Known Address: Colombia, SA

What Facility:

Agent(s):   S/A Steve Catherman
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
FBI